UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

Case No. 05-20726-CIV-COHN/SNOW

FELIX SUAREZ,

    Movant,

v.

UNITED STATES OF AMERICA,

    Respondent.
_____/

## ORDER ADOPTING SUPPLEMENTAL REPORT AND RECOMMENDATION OF MAGISTRATE JUDGE

**THIS CAUSE** is before the Court upon a Supplemental Report and Recommendation [DE 42] regarding Movant Felix Suarez's Motion to Vacate Pursuant to 28 U.S.C. § 2255 [DE 1].  Mr. Suarez's Motion to Vacate attacks his conviction and sentence imposed pursuant to a guilty plea in Case No. 03-20441-CR-COHN.  The Court notes that neither party has filed objections to the instant Report and Recommendation, and the time for filing such objections has passed.  Pursuant to 28 U.S.C. § 636(b)(1), the Court has conducted a *de novo* review of the record herein, including the Motion and the Report and Recommendation, and is otherwise fully advised in the premises.

    Mr. Suarez's Motion to Vacate was originally denied by this Court on October 7, 2005 in an Order Adopting Report and Recommendations [DE 15].  Mr. Suarez then filed an appeal, and the United States Court of Appeals for the Eleventh Circuit issued a mandate on March 20, 2007, vacating this Court's Order denying Mr. Suarez's Motion and remanding the matter for an evidentiary hearing on the issue of whether counsel

was *per se* ineffective for failing to file a direct appeal upon request.

The Court re-referred the case to Magistrate Judge Patrick A. White, who subsequently appointed counsel for Mr. Suarez and set an evidentiary hearing. Prior to the date of that hearing, however, the Government filed a Motion requesting that the hearing be cancelled. In this Motion, the Government conceded that even if the Court found that Mr. Suarez did not ask his counsel to file a direct appeal, the Government would be unable to prove the requisite consultation specified in Thompson v. United States. See 481 F.3d 1297 (11th Cir. 2007). The Government noted in its Motion that the proper remedy in such a situation is to permit the Movant to file an out-of-time appeal. See Montemoino v. United States, 68 F.3d 416, 418 (11th Cir. 1995), Thus, the Supplemental Report and Recommendation recommends that the Motion to Vacate be granted to the extent that Mr. Suarez be given the opportunity to appeal the original judgment.

In his Motion to Vacate, Mr. Suarez raised a number of arguments, including ineffective assistance of counsel and violations of fundamental fairness in his sentencing. Only the argument that he received ineffective assistance of counsel for failure to file a direct appeal warrants relief. Accordingly, it is

**ORDERED AND ADJUDGED** as follows:

1. The Supplemental Report and Recommendation of United States Magistrate Judge Patrick A. White [DE 42] is **ADOPTED**.

2. Movant Felix Suarez's Motion to Vacate [DE 1] is **GRANTED in part**, permitting an out-of-time appeal limited to sentencing issues.

3. Movant Felix Suarez shall file a Notice of Appeal within thirty (30) days of receipt of this Order.

4. Any pending motions are **DENIED as moot**. The Clerk of Court is directed to **CLOSE** this case.

**DONE AND ORDERED** in Chambers at Fort Lauderdale, Broward County, Florida, on this 17th day of July, 2007.

JAMES I. COHN
United States District Judge

Copies provided to:

Counsel of record